UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 08-0019M-01 (CR) |
| | : | MAGISTRATE NO. 08-0019M-02 (CR) |
| **NELSON ALBERTO RAMIREZ,** | : | MAGISTRATE NO. 08-0019M-03 (CR) |
| **GUILLERMO SEGOVIA,** | : | |
| **JUAN JOSE SEGOVIA,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendants.** | : | and §841(b)(1)(B)(ii) |
| | : | (Unlawful Distribution of 500 Grams or More |
| | : | of Cocaine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(ii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 500 Grams or More of Cocaine); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about January 15, 2008, within the District of Columbia, **NELSON ALBERTO RAMIREZ, GUILLERMO SEGOVIA, and JUAN JOSE SEGOVIA**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Distribution of 500 Grams or More of Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2)

## COUNT TWO

On or about January 15, 2008, within the District of Columbia, **NELSON ALBERTO RAMIREZ, GUILLERMO SEGOVIA, and JUAN JOSE SEGOVIA**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

> (**Unlawful Possession With Intent to Distribute of 500 Grams or More of Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.