UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-018 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **JUAN JOSE SEGOVIA,** | : | |
| | : | Status date: April 14, 2008 |
| Defendant. | : | |

**FILED**

APR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ELEMENTS OF THE OFFENSE TO WHICH DEFENDANT IS PLEADING GUILTY</u>

The essential elements of the offense of **Unlawful Distribution of 500 Grams or More of Cocaine** pursuant to Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(ii) are:

1. That the defendant distributed a controlled substance. "Distribute" means to transfer or attempt to transfer to another person. The Government need not prove that the defendant received or expected to receive anything of value in return.

2. That the defendant distributed the controlled substance knowingly and intentionally. This means consciously, voluntarily, and on purpose, not mistakenly, accidentally or inadvertently.

The law makes cocaine a controlled substance. To establish the first element of the offense, the Government must prove beyond a reasonable doubt that the defendant distributed 500 grams or more of cocaine.

*See* District of Columbia Criminal Jury Instruction 4.30 (1993) ("Red Book).

**Defendant's acceptance**
I agree the elements of the offense I am pleading guilty to are described above.

_____              _4/14/08_
Juan Jose Segovia                       Date
Defendant

**Defense Attorney's Acknowledgment**
I have reviewed and discussed this document with my client, Juan Jose Segovia.

_____              _4/14/08_
Heather Shaner, Esq.                    Date
Attorney for Juan Jose Segovia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 08-018 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **JUAN JOSE SEGOVIA,** | : | |
| | : | Status date: April 14, 2008 |
| **Defendant.** | : | |

<u>SENTENCING GUIDELINES CALCULATIONS</u>

Base offense level (at least 500 G but less than 2KG of cocaine):   26

Adjustment for acceptance of responsibility:                         -3

                                                                     23

The Government and defense will meet after the plea is entered in an effort for the defendant to take advantage of §5C1.2 (the "safety-valve" provision).

**Defendant's acceptance**
I agree with the Sentencing Guideline calculations expressed above.

_____          4/14/08
Juan Jose Segovia                     Date
Defendant

**Defense Attorney's Acknowledgment**
I have reviewed and discussed this document with my client, Juan Jose Segovia.

_____          4/14/08
Heather Shaner, Esq.                  Date
Attorney for Juan Jose Segovia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-018 (CKK) |
| | : | |
| v. | : | |
| | : | |
| JUAN JOSE SEGOVIA, | : | |
| | : | Status date: April 14, 2008 |
| Defendant. | : | |

MAXIMUM PENALTY

The maximum penalty for **Unlawful Distribution of 500 Grams or More of Cocaine** pursuant to Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(ii) is:

a term of imprisonment which may not be less than five (5) years and not more than forty (40) years, and a fine not to exceed $2,000,000. There shall include a term of supervised release of at least four (4) years in addition to such term of imprisonment. In addition, there is a special assessment of $100 due to the Clerk of the United States District Court for the District of Columbia prior to the date of sentencing.

**Defendant's acceptance**
I understand the maximum penalty of the offense for which I am pleading guilty.

_____     4/14/08
Juan Jose Segovia              Date
Defendant

**Defense Attorney's Acknowledgment**
I have reviewed and discussed this document with my client, Juan Jose Segovia.

_____     4/14/08
Heather Shaner, Esq.           Date
Attorney for Juan Jose Segovia