UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| vs. : | CRIMINAL NO. 08-018-03 |
| : | Judge Colleen Kollar-Kotelly |
| JUAN JOSE SEGOVIA : | |
| Defendant : | |

**ORDER**

**FILED**
APR 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than JUNE 27, 2008.

The Government shall file its Memorandum in Aid of Sentencing by no later than JULY 11, 2008, it is further;

The Defendant shall file its Memorandum in Aid of Sentencing by no later than JULY 18, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on AUGUST 8, 2008 AT 1:30 P.M.

IT IS SO ORDERED,

Date: April 15, 2008

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers        Pretrial
    Files           Eric Gallun, AUSA
    Probation       H. Heather Shaner, Esquire