## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      **v.**                      **Cr. 08-018-03 (CKK)**

**JUAN JOSE SEGOVIA**

## CONSENT MOTION TO CONTINUE SENTENCING
## AND FOR AN EXTENTION OF TIME TO FILE MEMORANDUM
## IN SUPPORT OF SENTENCING

      Juan Jose Segovia, by counsel Heather Shaner, now moves this Court to continue the Sentencing in this case from the eighth of August 2008 until a date in October 2008 so that the parties may resolve some legal and factual issues and potentially reach an agreement about an appropriate sentence in this case.

      Counsel also requests that the filing of Memorandum in Support of Sentence be extended until a date in late September satisfactory to the Court.

      **WHEREFORE** counsel respectfully requests the Court grant this Consent Motion to Continue Sentence and extend time to file memorandum.

                              Respectfully submitted,

                              _____/s/_____

                              H. Heather Shaner  #273 276
                              Appointed by the Court for
                              Juan Segovia
                              1702 S Street NW
                              Washington, D.C. 20009
                              Tel. 202 265 8210

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

        **v.**                                  **Cr. 08-018-03**

**JUAN JOSE SEGOVIA**

## <u>ORDER</u>

The Consent Motion to Continue Sentence is granted. The Sentencing for Juan Segovia will be held on the_____of October 2008 at _____.

The Motion to Extend the Time to File a Memorandum in Aid of Sentence is hereby granted.

All pleadings shall be filed by _____September 2008.

**SO ORDERED** this _____day of July 2008.

_____

**Honorable Judge Colleen Kollar-Kotelly**