UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                  Cr. 08-018-03

JUAN JOSE SEGOVIA

**FILED**
JUL 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The Consent Motion to Continue Sentence is granted. The Sentencing for Juan Segovia will be held on the 9th of October 2008 at 9:00 AM.

The Motion to Extend the Time to File a Memorandum in Aid of Sentence is hereby granted.

All pleadings shall be filed by the 19th September 2008.

SO ORDERED this 17th day of July 2008.

_____
Honorable Judge Colleen Kollar-Kotelly