UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-018 (CKK) |
| | : | |
| v | : | |
| | : | |
| JUAN SEGOVIA, | : | Sentencing date: October 9, 2008 |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE SENTENCING DATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Juan Segovia, hereby jointly move the Court for continuance of the sentencing date. In support thereof the United States states the following:

1. The defendant is scheduled to be sentenced on October 9, 2008. October 9th is the Jewish holiday of Yom Kippur.

2. Both government and defense counsel plan to take leave to observe the holiday.

3. Counsel are available any day the following week and can suggest either October 14 or 16 as alternate dates.

WHEREFORE, the United States and Defendant Juan Segovia respectfully request that the Court continue the sentencing hearing.

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney

  _/s/ Eric P. Gallun_
ERIC P. GALLUN
Assistant United States Attorney
Organize Crime and Narcotics Trafficking Section
D.C. Bar Number 462025
555 4th Street, N.W.  #4122
Washington, DC 20530
Frederic.Gallun@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-018 (CKK)** |
| | : | |
| v | : | |
| | : | |
| **JUAN SEGOVIA,** | : | Sentencing date: October 9, 2008 |
| **Defendant.** | : | |

## ORDER

Upon consideration of the parties Joint Motion to Continue Sentencing Date, and good cause having been shown, it is this _____ day of _____, 2008, hereby

ORDERED, that the motion be granted, and that the matter be scheduled for sentencing on _____, 2008.

_____          _____
Date                                    Colleen Kollar-Kotelly
                                            United States District Judge
                                            for the District of Columbia