UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-018 (CKK) |
| | : | |
| v | : | |
| | : | |
| JUAN SEGOVIA, | : | Sentencing date: October 9, 2008 |
| Defendant. | : | |

**FILED**

AUG 2 5 2008

NANCY MAYER WHITTINGTON, CLER
U.S. DISTRICT COURT

### ORDER

Upon consideration of the parties Joint Motion to Continue Sentencing Date, and good cause having been shown, it is this _23_ day of _August_ 2008, hereby

ORDERED, that the motion be granted, and that the matter be scheduled for sentencing on _October 16_, 2008, at 11:00 AM. All other dates remain the same.

_8/23/08_
Date

_Colleen Kollar-Kotelly_
Colleen Kollar-Kotelly
United States District Judge
for the District of Columbia